TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@kentlawpc.com

*Attorneys for Plaintiff,*
*Christina Johnson*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christina Johnson, | Case No.:  CV-15-01126-PHX-NVW |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT AS TO EXPERIAN INFORMATION SOLUTIONS, INC.** |
| Experian Information Solutions, Inc., an Ohio corporation | |
| Defendants. | |

1

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Experian Information Solutions, Inc., in the above-captioned case have reached a settlement. Plaintiff anticipates filing a Stipulation and Order of Dismissal with Prejudice as to Defendant, Experian Information Solutions, Inc., pursuant to Fed. R. Civ. P. 41(a) within 60 days.

RESPECTFULLY SUBMITTED this 10th Day of August, 2015

           KENT LAW OFFICES

           By: /s/ Trinette G. Kent
           Trinette G. Kent
           Attorneys for Plaintiff,
           Christina Johnson