TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

*Attorneys for Plaintiff,*
*Christina Johnson,*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christina Johnson, | Case No.: CV-15-01126-PHX-NVW |
| Plaintiff, | Hon. Neil V. Wake |
| vs. | |
| Experian Information Solutions, Inc., an Ohio corporation. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Plaintiff and Defendant Experian Information Solutions, Inc. (hereinafter referred to as "Experian"), through counsel undersigned and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate that the above-captioned action may be dismissed with prejudice against Defendant Experian Information Solutions, Inc., with each party to bear its own attorneys' fees and costs, in accordance with the form of dismissal order filed concurrently herewith.

DATED this 25th day of September, 2015

1

DESSAULES LAW GROUP


*/s/ Jonathan A. Dessaules*
Jonathan A. Dessaules
*Local Counsel for Experian*


KENT LAW OFFICES


By: */s/ Trinette G. Kent*
Trinette G. Kent
*Attorney for Plaintiff*

### **CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2015 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and for transmittal of Notice of Electronic Filing to the following CM/ECF registrants:


Jonathan A. Dessaules, State Bar No. 019439
DESSAULES LAW GROUP
5353 North 16th Street, Suite 110
Phoenix, Arizona 85016
jdessaules@dessauleslaw.com
*Local Counsel for Experian*


*/s/ Amber Gingiloski*

2

Case 2:15-cv-01126-NVW   Document 13   Filed 09/25/15   Page 3 of 3