IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christina Johnson,<br><br>                     Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc., an Ohio corporation,<br><br>                     Defendant. | No. CV-15-01126-PHX-NVW<br><br>**ORDER** |

Before the Court is the parties' Stipulation for Dismissal With Prejudice (Doc. 13). Good cause appearing,

IT IS HEREBY ORDERED granting the parties' Stipulation (Doc. 13).

IT IS FURTHER ORDERED dismissing this case in its entirety with prejudice, each party to bear her or its own attorneys' fees and costs.

Dated this 28th day of September, 2015.

                                        Neil V. Wake
                                        United States District Judge